IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 2:23-cr-61-TFM-B |
| | ) |
| RODERICK O'NEIL McMILLIAN | ) |

**MEMORANDUM OPINION AND ORDER**

On December 19, 2023, Defendant Roderick O'Neil McMillian, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging Wire Fraud in violation of Title 18, United States Code, Section 1343.  *See* Docs. 53 & 54.  The Magistrate Judge entered a Report and Recommendation wherein she recommends that the plea of guilty be accepted. *See* Doc. 55.  No objections were filed and the time frame has passed.

Accordingly, the Report and Recommendation (Doc. 55) is **ADOPTED** as the opinion of this Court.  The plea of guilty of the Defendant to Count One of the Indictment is accepted, and the Defendant is adjudged guilty of the offense.  The Defendant will remain on conditions of release pending sentencing.  *See* Doc. 11.

A sentencing hearing was previously scheduled for, **April 18, 2024 at 1:30 p.m**., under separate order.  *See* Doc. 54.

**DONE and ORDERED** this 25th day of January, 2024.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE